56 A.3d 1276

**Sehu–Kessa Saa TABANSI a/k/a Alfonso Percy Pew, Appellant**

v.

**Jeffrey A. BEARD, Franklin D. Tennis, Lynn Eaton, Robert Vance, Steven Davy, Dorina Varner, SCI–Rockview Publications Review Committee Members, Department of Corrections Publications Appeals and Grievance Final Appeals Members (Official and Individual Capacities), Appellees.**

Supreme Court of Pennsylvania.

Oct. 17, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of October, 2012, the Order of the Commonwealth Court is **AFFIRMED.**